**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00257-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

WILLIAM ROBERT BRAMSCHER,

    Plaintiff,

v.

CITY OF WESTMINSTER, COLORADO, et al.,
DON QUICK, in his personal and professional capacity as former District Attorney of
        Adams County/District Court, Colorado, et al.,
DANIEL THOMAS BRECHBUHL, in his personal and professional capacity as former
        Senior Deputy District Attorney of Adams County/District Court, Colorado, et al.,
STACY KAY MOORE, in her personal and professional capacity as former agent of the
        District Attorney of Adams County/District Court, Colorado, et al.,
CARA M. BOXBURGER, in her personal and professional capacity as an agent of the
        District Attorney of Adams County/District Court, Colorado, et al.,
CATHLIN MARIANNE SANDLER, (formally MATSON) in her personal and professional
        capacity as a Public Defender 10CR3690, et al.,
RAYMOND F. JOACHIM, in his personal and professional capacity as Advisory
        Defense Counsel 10CR3690, et al.,
RICHARD ANTHONY HERNANDEZ, in his personal and professional capacity as
        Alternative Defense Counsel 10CR3690, et al.,
FRANCES E. SIMONET, in her personal and professional capacity as Alternative
        Defense Counsel 10CR3690, et al.,
BRIAN BOWEN, in his personal and professional capacity as an
        Attorney/Magistrate/Judge for the Adams County District Court, Colorado, et al.,
BYRON LYNN HOWELL, in his personal and professional capacity as an
        Attorney/Magistrate/Judge for the Adams County District Court, Colorado, et al.,
JOHN E. POPVICH, JR., in his personal and professional capacity as an
        Attorney/Magistrate/Judge for the Adams County District Court, Colorado, et al.,
WESTMINSTER POLICE DEPARTMENT, Colorado, et al.,
RICHARD J. INFRANCA, in his personal and professional capacity as a Detective for
        the City of Westminster, Colorado, et al.,
PHILIP A. MAIMOME, in his personal and professional capacity as a Police Officer for
        the City of Westminster, Colorado, et al.,
JAMES K. WOLLACK, in his personal and professional capacity as a Police Officer for
        the City of Westminster, Colorado, et al.,
LEE BIRK, in his personal and professional capacity as Chief of Police for the City of

> Westminster, Colorado, et al.,

TIM CARLSON, in his personal and professional capacity as Patrol Services Division Manager for the City of Westminster, Colorado, et al.,
MIKE CRESSMAN, in his personal and professional capacity as a Deputy Chief of Police for the City of Westminster, Colorado, et al.,
JEFF JONES, in his personal and professional capacity as a Deputy Chief of Police for the City of Westminster, Colorado, et al.,
DOUGLAS SGAMBELLURI, in his personal and professional capacity as a Police Sergeant for the City of Westminster, Colorado, et al., and
JOHN ANTHONY STIPECH, in his personal and professional capacity as elected attorney with magistrate duties for the Westminster Municipal Court, Colorado, and in his personal participation as the only "victim" 10CR3690,

> Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted to the court a complaint (ECF No. 1). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the complaint is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form (must use the court's current form)
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: motion is necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:

(11) __   is not submitted
(12) xx   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 6, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge