IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00257-LTB

**WILLIAM ROBERT BRAMSCHER**,

    Plaintiff,

v.

**CITY OF WESTMINSTER, COLORADO**, et al.,
**DON QUICK**, in his personal and professional capacity as former District Attorney of
    Adams County/District Court, Colorado, et al.,
**DANIEL THOMAS BRECHBUHL**, in his personal and professional capacity as former
    Senior Deputy District Attorney of Adams County/District Court, Colorado, et al.,
**STACY KAY MOORE**, in her personal and professional capacity as former agent of the
    District Attorney of Adams County/District Court, Colorado, et al.,
**CARA M. BOXBURGER**, in her personal and professional capacity as an agent of the
    District Attorney of Adams County/District Court, Colorado, et al.,
**CATHLIN MARIANNE SANDLER**, (formally MATSON) in her personal and professional
    capacity as a Public Defender 10CR3690, et al.,
**RAYMOND F. JOACHIM**, in his personal and professional capacity as Advisory
    Defense Counsel 10CR3690, et al.,
**RICHARD ANTHONY HERNANDEZ**, in his personal and professional capacity as
    Alternative Defense Counsel 10CR3690, et al.,
**FRANCES E. SIMONET**, in her personal and professional capacity as Alternative
    Defense Counsel 10CR3690, et al.,
**BRIAN BOWEN**, in his personal and professional capacity as an
    Attorney/Magistrate/Judge for the Adams County District Court, Colorado, et al.,
**BYRON LYNN HOWELL**, in his personal and professional capacity as an
    Attorney/Magistrate/Judge for the Adams County District Court, Colorado, et al.,
**JOHN E. POPVICH, JR.**, in his personal and professional capacity as an
    Attorney/Magistrate/Judge for the Adams County District Court, Colorado, et al.,
**WESTMINSTER POLICE DEPARTMENT**, Colorado, et al.,
**RICHARD J. INFRANCA**, in his personal and professional capacity as a Detective for
    the City of Westminster, Colorado, et al.,
**PHILIP A. MAIMOME**, in his personal and professional capacity as a Police Officer for
    the City of Westminster, Colorado, et al.,
**JAMES K. WOLLACK**, in his personal and professional capacity as a Police Officer for
    the City of Westminster, Colorado, et al.,
**LEE BIRK**, in his personal and professional capacity as Chief of Police for the City of
    Westminster, Colorado, et al.,
**TIM CARLSON**, in his personal and professional capacity as Patrol Services Division
    Manager for the City of Westminster, Colorado, et al.,
**MIKE CRESSMAN**, in his personal and professional capacity as a Deputy Chief of

    Police for the City of Westminster, Colorado, et al.,
**JEFF JONES**, in his personal and professional capacity as a Deputy Chief of Police for the City of Westminster, Colorado, et al.,
**DOUGLAS SGAMBELLURI**, in his personal and professional capacity as a Police Sergeant for the City of Westminster, Colorado, et al., and
**JOHN ANTHONY STIPECH**, in his personal and professional capacity as elected attorney with magistrate duties for the Westminster Municipal Court, Colorado, and in his personal participation as the only "victim" 10CR3690,

    Defendants.

## ORDER OF DISMISSAL

On February 5, 2015, Plaintiff, William Robert Bramscher, submitted to the court a complaint (ECF No. 1). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court determined that Mr. Bramscher's pleadings were deficient. In an order entered on February 6, 2015, Magistrate Judge Gordon P. Gallagher directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Gallagher informed Plaintiff to file a request to proceed in forma pauperis pursuant to § 1915 on proper Court-approved forms. (ECF No. 3). That Order specifically provides that the action would be dismissed without further notice if Plaintiff failed to cure the deficiencies within thirty days.

Petitioner has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he must also pay the full $505 appellate filing fee or

file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this __18th__ day of March, 2015.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court